**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Dwayne M Lucero | § | Case No. 13-07336 |
| Carol Lucero | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/26/2013 . The undersigned trustee was appointed on 02/26/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 250,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 25,884.04 |
| Bank service fees | | 118.75 |
| Other payments to creditors | | 173,597.79 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 30,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 20,399.42 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/03/2013 and the deadline for filing governmental claims was 09/03/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 14,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 14,250.00 , for a total compensation of $ 14,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 18.62 , for total expenses of $ 18.62 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2014 By:/s/Joji Takada, Chapter 7 Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Case No: 13-07336 BWB Judge: Bruce W. Black

Trustee Name: Joji Takada, Chapter 7 Trustee

Case Name: Dwayne M Lucero
Carol Lucero

Date Filed (f) or Converted (c): 02/26/2013 (f)

341(a) Meeting Date: 03/28/2013

For Period Ending: 08/20/2014

Claims Bar Date: 09/03/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 270,000.00 | 47,600.00 | | 250,000.00 | FA |
| 2. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. Bank Account | 361.00 | 0.00 | | 0.00 | FA |
| 4. Bank Account | 646.77 | 0.00 | | 0.00 | FA |
| 5. Bank Account | 696.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods Furnishings | 13,900.00 | 13,900.00 | | 0.00 | FA |
| 7. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Furs Jewelry | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. IRA ERISA Keough Pension Profit Sharing Plan | 4,970.37 | 0.00 | | 0.00 | FA |
| 10. IRA ERISA Keough Pension Profit Sharing Plan | 9,082.17 | 0.00 | | 0.00 | FA |
| 11. Stock LLC Membership Interest | 0.00 | 0.00 | | 0.00 | FA |
| 12. Vehicle | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Vehicle | 3,000.00 | 600.00 | | 0.00 | FA |
| 14. Books Collectibles | 1,000.00 | 1,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $309,496.31 | $63,100.00 | | $250,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in their primary residence; Valuation of residence higher than disclosed on schedules; Trustee hired a broker and counsel to market and sell the property.

Accountant hired and estate tax return filed; Awaiting response if any from IRS.

RE PROP # 1 -- 701 Tall Grass Dr. Bolingbrook, IL 60440
RE PROP # 3 -- Bank of America Checking and Savings
RE PROP # 4 -- JP Morgan Chase Checking
RE PROP # 5 -- JP Morgan Chase Savings
RE PROP # 9 -- Ameriprise IRA
RE PROP # 10 -- Ameriprise IRA
RE PROP # 11 -- Starbuck stock options
RE PROP # 12 -- 2003 Chevy Impala
RE PROP # 13 -- 2004 Buick Rendevouz
RE PROP # 14 -- Books

Initial Projected Date of Final Report (TFR): 02/26/2014 Current Projected Date of Final Report (TFR): 10/26/2014

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-07336
Case Name: Dwayne M Lucero
Carol Lucero
Taxpayer ID No: XX-XXX0419
For Period Ending: 08/20/2014

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8051
Checking
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/13 | | Chicato Title and Trust Company | Proceeds from sale | | | $41,875.10 | | $41,875.10 |
| | | | Gross Receipts | $250,000.00 | | | | |
| | | Bank of America Home Loans | Mortgage payoff | ($157,362.06) | 4110-000 | | | |
| | | BMO Harris Bank N. A. f/k/a Harris N. A. 111 W. Monroe St. Chicago, IL 60603 | Mortgage payoff | ($13,824.12) | 4110-000 | | | |
| | | Illinois Housing Development Authority | Mortgage payoff | ($2,411.61) | 4110-000 | | | |
| | | Closing Credits to Buyer | Credit to Buyer | ($4,025.00) | 2500-000 | | | |
| | | Real Estate Broker Commission | Real estate broker commission payment | ($12,500.00) | 3510-000 | | | |
| | | County Taxes | Real estate taxes | ($6,541.29) | 2820-000 | | | |
| | | Survey, Title, Recording and Transfer Charges | Title closing costs and expenses | ($2,081.00) | 2500-000 | | | |
| | | 2012 Real Estate Taxes | Real estate taxes | ($9,204.82) | 2500-000 | | | |
| | | Chicago Title Indemnitee Fee and Cost re: 2012 Real Estate Taxes | Title closing costs and expenses | ($175.00) | 2500-000 | | | |
| | 1 | | Real Estate | $250,000.00 | 1110-000 | | | |
| 10/15/13 | 100001 | Dwayne Lucero and Carol Lucero c/o O'Flaherty Law 5002 Main Street, #201 Downers Grove, Illinois 60515 Attn: Stefanie Kempfer | Exemption Homestead | | 8100-002 | | $30,000.00 | $11,875.10 |
| 11/06/13 | | Chicago Title and Trust Company | Return of Funds to Trustee Return of real estate tax escrow from title company | | 2990-000 | | ($9,379.82) | $21,254.92 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $28.38 | $21,226.54 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $27.39 | $21,199.15 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $31.51 | $21,167.64 |

Page Subtotals: $41,875.10 $20,707.46

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-07336
Case Name: Dwayne M Lucero
Carol Lucero
Taxpayer ID No: XX-XXX0419
For Period Ending: 08/20/2014

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8051
Checking
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.47 | $21,136.17 |
| 02/25/14 | 100002 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Payment to trustee professional<br>Accountant to trustee | 3410-000 | | $736.75 | $20,399.42 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $41,875.10 | $21,475.68 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,875.10 | $21,475.68 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $41,875.10 | ($8,524.32) |

Page Subtotals: $0.00 $768.22

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8051 - Checking | $41,875.10 | ($8,524.32) | $20,399.42 |
| | $41,875.10 | ($8,524.32) | $20,399.42 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $208,124.90 |
| Total Net Deposits: | $41,875.10 |
| Total Gross Receipts: | $250,000.00 |



Page Subtotals: $0.00 $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-07336

Date: August 20, 2014

Debtor Name: Dwayne M Lucero

Claims Bar Date: 9/3/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $14,250.00 | $14,250.00 |
| 100<br>2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $18.62 | $18.62 |
| 100<br>3210 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $3,686.50 | $3,686.50 |
| 100<br>3220 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $1.38 | $1.38 |
| 100<br>3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $736.75 | $736.75 |
| 100<br>3420 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $0.00 | $0.00 |
| 1<br>300<br>7100 | American Infosource Lp As Agent For<br>Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Unsecured | | $8,659.07 | $8,659.07 | $8,659.07 |
| 2<br>300<br>7100 | CAPITAL ONE BANK (USA), N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,807.33 | $1,807.33 | $1,807.33 |
| 3<br>300<br>7100 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $2,189.89 | $2,189.89 | $2,189.89 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-07336

Date: August 20, 2014

Debtor Name: Dwayne M Lucero

Claims Bar Date: 9/3/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $5,635.61 | $5,635.61 | $5,635.61 |
| <br>400<br>4110 | Bank of America Home Loans | Secured | | $0.00 | $157,362.06 | $157,362.06 |
| <br>400<br>4110 | BMO Harris Bank N. A. f/k/a Harris N. A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Secured | | $0.00 | $13,824.12 | $13,824.12 |
| <br>400<br>4110 | Illinois Housing Development Authority | Secured | | $0.00 | $2,411.61 | $2,411.61 |
| | Case Totals | | | $18,291.90 | $210,582.94 | $210,582.94 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-07336
Case Name: Dwayne M Lucero
Carol Lucero
Trustee Name: Joji Takada, Chapter 7 Trustee

| Balance on hand | $ | 20,399.42 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BMO Harris Bank N. A. f/k/a Harris N. A. | $ 13,824.12 | $ 13,824.12 | $ 13,824.12 | $ 0.00 |
| | Bank of America Home Loans | $ 157,362.06 | $ 157,362.06 | $ 157,362.06 | $ 0.00 |
| | Illinois Housing Development Authority | $ 2,411.61 | $ 2,411.61 | $ 2,411.61 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 20,399.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 14,250.00 | $ 0.00 | $ 14,250.00 |
| Trustee Expenses: Joji Takada | $ 18.62 | $ 0.00 | $ 18.62 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 3,686.50 | $ 0.00 | $ 3,686.50 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 1.38 | $ 0.00 | $ 1.38 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 736.75 | $ 736.75 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses $ 17,956.50

Remaining Balance $ 2,442.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,291.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 8,659.07 | $ 0.00 | $ 1,156.44 |
| 2 | CAPITAL ONE BANK (USA), N. A. | $ 1,807.33 | $ 0.00 | $ 241.37 |
| 3 | Credit First National Association | $ 2,189.89 | $ 0.00 | $ 292.46 |
| 4 | Ecast Settlement Corporation, Assignee | $ 5,635.61 | $ 0.00 | $ 752.65 |

Total to be paid to timely general unsecured creditors $ 2,442.92

   Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE