# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 13-07336 |
| | ) | |
| Dwayne M. Lucero and Carol Lucero, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## COVER SHEET FOR FIRST AND FINAL FEE APPLICATION
## AND REIMBURSEMENT OF EXPENSES OF FRANKGECKER LLP

Name of Applicant:	FrankGecker LLP

Authorized to Provide	Joji Takada, Chapter 7 Trustee of the Estate
Professional Services to:	of Dwayne M. Lucero and Carol Lucero

Period for Which	August 30, 2013 through October 30, 2013
Compensation is Sought:

Amount of Fees Sought:	$3,685.50

Amount of Expense	$1.38
Reimbursement Sought:

This is a:	First and Final Fee Application


The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{TAKADA/015/00039645.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 13-07336 |
| | ) | |
| Dwayne M. Lucero and Carol Lucero, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION OF JOJI TAKADA,
CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF
<u>DWAYNE M. LUCERO AND CAROL LUCERO</u>**

Joji Takada, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Dwayne M. Lucero and Carol Lucero (the "Debtors"), hereby submits his first and final application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation totaling $3,687.88 for legal services performed by FrankGecker LLP, counsel to the Trustee, during the period of August 30, 2013 through and including October 30, 2013 (the "Application Period") and reimbursement of expenses totaling $1.38 incurred in connection with those services. FrankGecker has agreed to accept less than the amounts detailed. In support of its Application, FrankGecker LLP respectfully states as follows:

**<u>INTRODUCTION</u>**

1. On February 26, 2013 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Joji Takada is the dully appointed and qualified Chapter 7 Trustee of the case.

3. The Section 341 meeting of creditors was held on March 28, 2013 (the "341 Meeting"). On May 30, 2013, the Trustee filed an asset report.

4. On August 30, 2013, this Court entered an order authorizing the Trustee to retain Frances Gecker and the professionals of FrankGecker LLP (collectively, "FG") as his counsel in the Case.

## THE REAL ESTATE

5. One of the assets of this estate consists of real property located at 701 Tall Grass, Bolingbrook, Illinois (the "Real Estate"). The Debtor had a 20% interest in the Real Estate.

6. On or about August 30, 2014, this Court approved the sale of the Real Estate free and clear of any other claims and interest.

7. The Trustee received approximately $50,000 from the sale of the Real Estate.

8. This Application seeks allowance of all fees and expenses incurred by FG during the Application Period, and FG has voluntarily written off any fees for preparation of this fee application.

9. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.    **SERVICES PERFORMED**

A.    **Sale of Assets**                                                                                                          **$3,686.50**

FG spent **10.10** hours at a cost of **$3,686.50** on issues related to the sale of the Real Estate to the Buyers. FG requested appropriate payoff letter, conferred with Chicago Title to clear any

title issues related to the transfer and the sale of the real estate.  Further, FG prepared all real estate documents and attended the real estate closing.

**B.     Preparation of Fee Application - Retention                           $0.00**

FG waived its time for preparation of its final fee application.

**II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

A.      <u>Zane L. Zielinski</u> (ZLZ) is an associate at FrankGecker LLP.  Prior to attending law school, Mr. Zielinski worked for Chicago Title and Trust Company.   Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif.  Mr. Zielinski specializes in bankruptcy law, real estate law, and has represented trustees, debtors and creditors in bankruptcy cases.  Mr. Zielinski has been involved in the day-to-day representation of the Trustee.

**III.   CALCULATION OF TIME AND FEES**

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses incurred by FG during the Application Period.  All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtors' estate.  No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, FG's attorneys and paralegal have spent a total of 10.10 hours providing necessary legal services for the Trustee.  As a result, they request compensation in the amount of $3,686.50 for actual, necessary legal services performed (<u>Exhibit A</u>).  The average hourly rate is $365.00  In addition, FG has expended the sum of $1.38

for actual, necessary expenses incurred in representing the Trustee (Exhibit B). FG has voluntarily written off all expenses related to fax charges and copy charges. Expenses consist primarily of postage and travel expenses.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was either a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared a time exhibit presented in the attached Exhibit A. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this Application for its overhead expenses, including word processing or secretarial overtime; instead, such expenses are factored into FG's normal and customary rate. These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm. Moreover, FG's non-bankruptcy clients routinely are billed and pay these types of expenses. *See In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to F/G, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the

amount of its fees with any party except the Trustee.  Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

## NOTICE

Pursuant to Federal Rule, Bankruptcy Procedure 2002, this Application was served on all creditors that have timely filed claims (without exhibits), the U.S. Trustee, and the Debtor's attorney.

WHEREFORE, FG respectfully requests that this Court enter an Order:

A. Allowing FG compensation for actual, necessary legal services in the amount of **$3,686.50**

B. Allowing FG reimbursement of actual, necessary expenses in the amount of **$1.38**;

C. Authorizing the Trustee to pay FG compensation and expense reimbursement in the total amount of **$3,687.88**; and

D. Granting such other relief as the Court deems just and equitable.

Dated:  August ___, 2014

Respectfully submitted,

JOJI TAKADA, not individually, but as Chapter 7 Trustee of the bankruptcy estate of Dwayne M. Lucero and Carol Lucero,

By:      /s/      *Zane L. Zielinski*
       One of his attorneys

Zane Zielinski (IL Bar No. 6278776)
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035
zzielinski@fgllp.com

# **<u>EXHIBIT A</u>**

# FG FrankGecker

www.fgllp.com

August 01, 2014

Joji Takada, Chapter 7 Trustee  
6336 N. Cicero Ave.  
Suite 201  
Chicago, IL 60646

FEIN 20-1952153

**Regarding:**   **In re: Estate of Lucero**

For Professional Services Rendered:         through   10/31/2013

Invoice #:   5952

Per Attached Description:

| | |
|---|---:|
| Fees……………………………………………………………………………………………… | $3,686.50 |
| Disbursements………………………………………………………………………………… | $1.38 |
| Total Fees and Disbursements……………………………………………………………… | $3,687.88 |
| Previous Balance……………………………………………………………………………… | $0.00 |
| Payments………………………………………………………………………………………… | $0.00 |
| **Total Amount Due**……………………………………………………………………………… | **$3,687.88** |

Joji Takada, Chapter 7 Trustee                                                                                          Page    2

Invoice Dated:   August 01, 2014

---

**Regarding:    In re: Estate of Lucero**

For Professional Services Rendered Through October 31, 2013                          Invoice #:  5952
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
| **Sale of Assets** | | |
| 9/6/2013 review Illinois lien and request payoff letter.<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 9/9/2013 Review Illinois hardest-hit documents and request payoff amount (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 9/10/2013 Review information on real estate closing, including pay-off amounts (.4).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 9/16/2013 Review buyer's attorney letter regarding closing issue (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 9/17/2013 Request pay-off letters (.3); request survey and communicate with surveyor (.1).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 9/18/2013 Review transfer tax and closing documents (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 9/19/2013 Prepare memorandum to J. Takada regarding closing costs (.5).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 9/23/2013 Draft deed and transfer forms, research and prepare City forms (1.5).<br>Zane L. Zielinski | 1.50<br>$365.00 | $547.50 |
| 9/24/2013 Revise closing documents (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 9/25/2013 Prepare transfer forms (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 9/26/2013 Prepare final closing numbers (.5); request change to pay-off letter (.3).<br>Zane L. Zielinski | 0.80<br>$365.00 | $292.00 |
| 9/27/2013 Prepare final closing documents (.8); review payoff letters (.2); telephone conference with Broker and attorney regarding walk-through issues (.2).<br>Zane L. Zielinski | 1.20<br>$365.00 | $438.00 |
| 9/30/2013 Prepare for and travel to real estate closing (3.0).<br>Zane L. Zielinski | 3.00<br>$365.00 | $1,095.00 |

Joji Takada, Chapter 7 Trustee  Page   3

Invoice Dated:   August 01, 2014

---

**Regarding:     In re: Estate of Lucero**

For Professional Services Rendered Through October 31, 2013          Invoice #:  5952
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 10/3/2013 | Communicate with title company regarding release of escrow funds.<br>Zane L. Zielinski | 0.10<br>$365.00 | $36.50 |
| 10/21/2013 | Review payment of escrow funds.<br>Zane L. Zielinski | 0.10<br>$365.00 | $36.50 |
| 10/30/2013 | Forward document to secured lender regarding mortgage payment.<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
|  | Total Charges This Matter | 10.10 | $3,686.50 |

| | |
|---|---|
| Joji Takada, Chapter 7 Trustee | Page 4 |
| Invoice Dated: August 01, 2014 | |

**Regarding:   In re: Estate of Lucero**

For Professional Services Rendered Through October 31, 2013         Invoice #:  5952
Per Attached Description:

| | Hours | Amount |
|---|---|---|
| | 10.10 | $3,686.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Zane L. Zielinski | 10.10 | 365.00 | $3,686.50 |

Disbursements:

**Administration**

| | | |
|---|---|---|
| 9/30/2013 | Postage. | 0.92 |
| 10/21/2013 | Postage. | 0.46 |
| | Total Charges This Matter | 1.38 |

Joji Takada, Chapter 7 Trustee | Page 5

Invoice Dated: August 01, 2014

---

**Regarding:    In re: Estate of Lucero**

For Professional Services Rendered Through October 31, 2013 | Invoice #:  5952
Per Attached Description:

| | Amount |
|---|---|
| Total Expenses | $1.38 |
| **Total Due: This Matter** | **$3,687.88** |

# **EXHIBIT B**

Joji Takada, Chapter 7 Trustee | Page 4
:---|---:

Invoice Dated: August 01, 2014

**Regarding:    In re: Estate of Lucero**

For Professional Services Rendered Through October 31, 2013          Invoice #:  5952
Per Attached Description:

| | Hours | Amount |
|---|---:|---:|
| | 10.10 | $3,686.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Zane L. Zielinski | 10.10 | 365.00 | $3,686.50 |

Disbursements:

#### Administration

| | | |
|---|---|---:|
| 9/30/2013 | Postage. | 0.92 |
| 10/21/2013 | Postage. | 0.46 |
| | Total Charges This Matter | 1.38 |