**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-07336 |
| Dwayne M Lucero | § | Chapter 7 |
| Carol Lucero | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:

Date: 9/26/2014
Time: 9:00 a.m.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/25/2014    By: /s/ Joji Takada
Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Dwayne M Lucero § Case No. 13-07336
Carol Lucero §
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 250,000.00 |
| and approved disbursements of | $ | 229,600.58 |
| leaving a balance on hand of[1] | $ | 20,399.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BMO Harris Bank N. A. f/k/a Harris N. A. | $ 13,824.12 | $ 13,824.12 | $ 13,824.12 | $ 0.00 |
| | Bank of America Home Loans | $ 157,362.06 | $ 157,362.06 | $ 157,362.06 | $ 0.00 |
| | Illinois Housing Development Authority | $ 2,411.61 | $ 2,411.61 | $ 2,411.61 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 20,399.42 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 14,250.00 | $ 0.00 | $ 14,250.00 |
| Trustee Expenses: Joji Takada | $ 18.62 | $ 0.00 | $ 18.62 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 3,686.50 | $ 0.00 | $ 3,686.50 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 1.38 | $ 0.00 | $ 1.38 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 736.75 | $ 736.75 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   17,956.50

Remaining Balance   $   2,442.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,291.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 8,659.07 | $ 0.00 | $ 1,156.44 |
| 2 | CAPITAL ONE BANK (USA), N. A. | $ 1,807.33 | $ 0.00 | $ 241.37 |
| 3 | Credit First National Association | $ 2,189.89 | $ 0.00 | $ 292.46 |
| 4 | Ecast Settlement Corporation, Assignee | $ 5,635.61 | $ 0.00 | $ 752.65 |

Total to be paid to timely general unsecured creditors       $       2,442.92

Remaining Balance                                             $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                  Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-07336-BWB
Dwayne M Lucero                                                           Chapter 7
Carol Lucero
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: mmyers                  Page 1 of 1                  Date Rcvd: Aug 26, 2014
                               Form ID: pdf006               Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2014.
db/jdb      #+Dwayne M Lucero,    Carol Lucero,   701 Tall Grass Dr.,   Bolingbook, IL 60440-4216
20116181     +Bank of America,   PO Box 650070,   Dallas TX 75265-0070
20116182     +Bank of Montreal Harris,    111 West Monroe St,   Chicago IL 60603-4014
20116183      Capital One,   PO Box 30285,   Salt Lake City UT 84130-0285
20638657      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC 28272-1083
20116184     +Chase,   270 Park Avenue,   New York NY 10017-2070
20116185     +Cintel Federal Credit Union,    525 Vine Street Suite 910,   Cincinnati OH 45202-3142
20116186      Citgo,   Citgo Petroleum Corporation,    PO Box 4689,   Houston TX 77210-4689
20116187     +Citicard,   399 Park Ave,   New York NY 10022-4614
20794164     +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
20116188     +Credit First National Association,    PO Box 81344,   Cleveland OH 44188-0001
20116189     +Dupage Medical Group,    15921 Collection Center Dr,   Chicago IL 60693-0159
20656191     +Illinois Housing Development Authority,    401 N Michigan, Ste 700,   Chicago, IL 60611-4278
20116191     +Kohl's,   PO Box 2983,   Columbus OH 43216
20116192     +Marcia S Gibson Psy D,    404 w Boughton Rd Suite B,   Bolingbrook IL 60440-1898
20116194     +Shell,   910 Louisiana St,   Houston TX 77002-4934
20877887      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
               New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20603488      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2014 01:34:37
               American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK 73126-8941
20116190      E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2014 01:35:39     Exxon Mobil,
               5959 Las Colinas Boulevard,    Irving TX 75039-2298
20116193     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2014 01:28:43     Midland Funding LLC,
               8875 Aero Drive,   Suite 200,   San Diego CA 92123-2255
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20144592*    +Cintel Federal Credit Union,    525 Vine Street, Ste 910,   Cincinnati, OH 45202-3142
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2014 at the address(es) listed below:
          Frances Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
          Joji  Takada    on behalf of Accountant James J Diamico trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stefanie A Kempfer    on behalf of Debtor Dwayne M Lucero jlasaine@oflaherty-law.com,
           koflaherty@oflaherty-law.com
          Stefanie A Kempfer    on behalf of Joint Debtor Carol  Lucero jlasaine@oflaherty-law.com,
           koflaherty@oflaherty-law.com
                                                                                              TOTAL: 7