UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
Dwayne M Lucero                     §   Case No. 13-07336
Carol Lucero                        §
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dwayne Lucero and Carol Lucero |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Home Loans |  |  |  |  |  |
|  | BMO Harris Bank N. A. f/k/a Harris N. A. |  |  |  |  |  |
|  | Illinois Housing Development Authority |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| 2012 Real Estate Taxes | | | | | |
| Chicago Title Indemnitee Fee and Cost re: 2012 Real Estate Taxes | | | | | |
| Closing Credits to Buyer | | | | | |
| Survey, Title, Recording and Transfer Charges | | | | | |
| The Bank of New York Mellon | | | | | |
| County Taxes | | | | | |
| Chicago Title and Trust Company | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Callero and Callero LLP | | | | | |
| Callero and Callero LLP | | | | | |
| Real Estate Broker Commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | | | | | |
| 2 | CAPITAL ONE BANK (USA), N. A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Credit First National Association | | | | | |
| 4 | Ecast Settlement Corporation, Assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-07336 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Dwayne M Lucero | | | | Date Filed (f) or Converted (c): | 02/26/2013 (f) |
| | Carol Lucero | | | | 341(a) Meeting Date: | 03/28/2013 |
| For Period Ending: | 11/15/2014 | | | | Claims Bar Date: | 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 270,000.00 | 47,600.00 | | 250,000.00 | FA |
| 2. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. Bank Account | 361.00 | 0.00 | | 0.00 | FA |
| 4. Bank Account | 646.77 | 0.00 | | 0.00 | FA |
| 5. Bank Account | 696.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods Furnishings | 13,900.00 | 13,900.00 | | 0.00 | FA |
| 7. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Furs Jewelry | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. IRA ERISA Keough Pension Profit Sharing Plan | 4,970.37 | 0.00 | | 0.00 | FA |
| 10. IRA ERISA Keough Pension Profit Sharing Plan | 9,082.17 | 0.00 | | 0.00 | FA |
| 11. Stock LLC Membership Interest | 0.00 | 0.00 | | 0.00 | FA |
| 12. Vehicle | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Vehicle | 3,000.00 | 600.00 | | 0.00 | FA |
| 14. Books Collectibles | 1,000.00 | 1,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $309,496.31 | $63,100.00 | | $250,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in their primary residence; Valuation of residence higher than disclosed on schedules; Trustee hired a broker and counsel to market and sell the property.

Accountant hired and estate tax return filed; Awaiting response if any from IRS.

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 701 Tall Grass Dr. Bolingbrook, IL 60440 |
| RE PROP # | 3 | -- | Bank of America Checking and Savings |
| RE PROP # | 4 | -- | JP Morgan Chase Checking |
| RE PROP # | 5 | -- | JP Morgan Chase Savings |
| RE PROP # | 9 | -- | Ameriprise IRA |
| RE PROP # | 10 | -- | Ameriprise IRA |
| RE PROP # | 11 | -- | Starbuck stock options |
| RE PROP # | 12 | -- | 2003 Chevy Impala |
| RE PROP # | 13 | -- | 2004 Buick Rendevouz |
| RE PROP # | 14 | -- | Books |

Exhibit 8

Initial Projected Date of Final Report (TFR): 02/26/2014        Current Projected Date of Final Report (TFR): 10/26/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-07336 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Dwayne M Lucero | Bank Name: | The Bank of New York Mellon | |
| | Carol Lucero | Account Number/CD#: | XXXXXX8051 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0419 | Blanket Bond (per case limit): | | |
| For Period Ending: | 11/15/2014 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/13 | | Chicato Title and Trust Company | Proceeds from sale | | $41,875.10 | | $41,875.10 |
| | | | Gross Receipts $250,000.00 | | | | |
| | | Bank of America Home Loans | Mortgage payoff ($157,362.06) | 4110-000 | | | |
| | | BMO Harris Bank N. A. f/k/a Harris N. A. 111 W. Monroe St. Chicago, IL 60603 | Mortgage payoff ($13,824.12) | 4110-000 | | | |
| | | Illinois Housing Development Authority | Mortgage payoff ($2,411.61) | 4110-000 | | | |
| | | Closing Credits to Buyer | Credit to Buyer ($4,025.00) | 2500-000 | | | |
| | | Real Estate Broker Commission | Real estate broker commission payment ($12,500.00) | 3510-000 | | | |
| | | County Taxes | Real estate taxes ($6,541.29) | 2820-000 | | | |
| | | Survey, Title, Recording and Transfer Charges | Title closing costs and expenses ($2,081.00) | 2500-000 | | | |
| | | 2012 Real Estate Taxes | Real estate taxes ($9,204.82) | 2500-000 | | | |
| | | Chicago Title Indemnitee Fee and Cost re: 2012 Real Estate Taxes | Title closing costs and expenses ($175.00) | 2500-000 | | | |
| | 1 | | Real Estate $250,000.00 | 1110-000 | | | |
| 10/15/13 | 100001 | Dwayne Lucero and Carol Lucero c/o O'Flaherty Law 5002 Main Street, #201 Downers Grove, Illinois 60515 Attn: Stefanie Kempfer | Exemption Homestead | 8100-002 | | $30,000.00 | $11,875.10 |
| 11/06/13 | | Chicago Title and Trust Company | Return of Funds to Trustee Return of real estate tax escrow from title company | 2990-000 | | ($9,379.82) | $21,254.92 |

Page Subtotals: $41,875.10  $20,620.18

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-07336 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Dwayne M Lucero | Bank Name: | The Bank of New York Mellon |
| | Carol Lucero | Account Number/CD#: | XXXXXX8051 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0419 | Blanket Bond (per case limit): | |
| For Period Ending: | 11/15/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.38 | $21,226.54 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.39 | $21,199.15 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.51 | $21,167.64 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.47 | $21,136.17 |
| 02/25/14 | 100002 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Payment to trustee professional  Accountant to trustee | 3410-000 | | $736.75 | $20,399.42 |
| 10/01/14 | 100003 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $14,250.00 | $6,149.42 |
| 10/01/14 | 100004 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $18.62 | $6,130.80 |
| 10/01/14 | 100005 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3210-000 | | $3,686.50 | $2,444.30 |
| 10/01/14 | 100006 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3220-000 | | $1.38 | $2,442.92 |
| 10/01/14 | 100007 | American Infosource Lp As Agent For Midland Funding Llc Po Box 268941 Oklahoma City, Ok 73126-8941 | Final distribution per court order. | 7100-000 | | $1,156.44 | $1,286.48 |
| 10/01/14 | 100008 | N. A. CAPITAL ONE BANK (USA) by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $241.37 | $1,045.11 |

Page Subtotals: $0.00 $20,209.81

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-07336 |
| Case Name: | Dwayne M Lucero |
| | Carol Lucero |
| Taxpayer ID No: | XX-XXX0419 |
| For Period Ending: | 11/15/2014 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX8051 |
| | Checking |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/14 | 100009 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | Final distribution per court order. | 7100-000 | | $292.46 | $752.65 |
| 10/01/14 | 100010 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $752.65 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $41,875.10 | $41,875.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,875.10 | $41,875.10 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $41,875.10 | $11,875.10 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,045.11 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8051 - Checking | $41,875.10 | $11,875.10 | $0.00 |
|  | $41,875.10 | $11,875.10 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $208,124.90 |
| Total Net Deposits: | $41,875.10 |
| Total Gross Receipts: | $250,000.00 |

Page Subtotals:              $0.00         $0.00